UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICK DEAN SHARRAH                                                                             PETITIONER

v.                                                      No. 2:21-CV-2128

SHERIFF RON BROWN                                                                          DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 3) from Chief United States Magistrate Judge Mark Ford.  Plaintiff has filed objections (Doc. 5) and a motion (Doc. 4) to transfer to protective custody.  The Court has reviewed the report and recommendation de novo.[1]  The Magistrate recommends that Plaintiff's habeas petition be dismissed without prejudice pursuant to the *Younger* abstention doctrine.  Plaintiff argues he has not consented to a magistrate judge presiding over his case.  Plaintiff's consent is unnecessary.  The Court referred the matter to the Magistrate of its own accord, and Plaintiff has had the opportunity to present his objections on the report and recommendation to the undersigned Article III Judge.  Plaintiff's objections offer neither law nor fact to overcome the requirements of *Younger* abstention.  The Court has reviewed the report and recommendation and the record de novo, and the report and recommendation is ADOPTED.  Plaintiff's motion to be transferred to federal protective custody will also be denied pursuant to the *Younger* abstention doctrine because the issues he identifies can be addressed by the State court.

IT IS THEREFORE ORDERED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered separately.

---

[1] Although the objections deadline has not yet passed, Plaintiff's objections trigger de novo review.  *See Thompson v. Nix*, 897 F.2d 356, 358 (8th Cir. 1990).

IT IS SO ORDERED this 20th day of August, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE