UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICK DEAN SHARRAH                                                                      PETITIONER

v.                                       No. 2:21-CV-2128

SHERIFF RON BROWN                                                                      DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 20th day of August, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE